VI-III-MMXIV

In deference:

I am asking that you make this letter a part of the record of Hale v. Berkebile 14-cv-1233.

Please do not dismiss this civil suit. I am one of many supporters of Matthew Hale and know he is an innocent ~~man~~ that deserves his freedom.

Thank you,

David Hall

*David Hall*

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 6 2014

JEFFREY P. COLWELL
CLERK