To Whom it may concern, as a supporter of Constitutional Freedom in this country I am asking that you make this letter a part of the record of Hale vs. Berkebile 14cv1233. Please do not dismiss this civil suit. I am one of the many supporters of Matthew Hale and know he is an innocent man that deserves his freedom. Thank You!

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 9 2014

JEFFREY P. COLWELL
CLERK