1424 Polk St. #22
San Francisco, CA 94109-4622
June 4, 2014, Wednesday

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 9 2014

JEFFREY P. COLWELL
CLERK

Magistrate Judge Boyd Boland
U.S. District Court
901 19th Street, Room A 105
Denver, Colorado 80294-3589

Dear Magistrate Judge Boyd Boland:

I am asking that you make this letter a part of the record of Hale v. Berkebile 14-cv-1233.-BnB

Please do not dismiss this civil suit. I am one of many supporters of Matthew Hale and know he is innocent, an innocent man who deserves his freedom.

Thank you.

Respectfully yours,
G. Charles Steiner