B.R. McMahon
disabled vet - Korea

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 9 2014

JEFFREY P. COLWELL
CLERK

Sir –

Am requesting you do not dismiss

Matthew Hales civil suit he has filed.

Ala Hale vs: Berkebile 14 cv 1233 BnB

Have known Mr. Hale for several years

& know he has been unfairly imprisoned.

All these years stuck in a small cell. Max.

security. My God, Charles Manson has

received better treatment. Sir, he's

suffered enough.          Thankyou
                          BRM

Bobby R. McMahon
1234 N. Pine St.
Decatur, Il. 62522



Magistrate Judge Boyd Boland
U.S. District court
901 19th St  Room A105
Denver, Co. 80294-3589

80294+2501