6/13/2014

Magistrate Judge Boyd Boland
U.S. District Court
901 19th Street
Room A 105
Denver, Colorado 80294-3589

I am asking that you make this letter a part of the record of Hale v. Berkebile 14-cv-1233. Please do not dismiss this civil suit. I am one of many supporters of Matthew Hale and that he deserves his release. Thank you!

Best regards,

Brian Colt

Brian Colt
4640 Koval Lane #52C
Las Vegas, NV 89109-6966
(702) 806-7748

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN 17 2014
JEFFREY P. COLWELL
CLERK

14-CV-1233-LTB

4640 KOVAL LANE #52C
LAS VEGAS NV 89109 6966

LAS VEGAS NV 890
14 JUN 2014 PM 3 L




MAGISTRATE JUDGE BOYD BOLAND
U.S. DISTRICT COURT
901 19TH STREET, ROOM A 105
DENVER, COLORADO 80294-3589

80294250151