From
S. SIDAWAY

To
Judge
BOYD BOLAND

203 MEADOW RD
DROITWICH
WORC'S
WR9 9BZ
ENGLAND
UK

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 25 2014

JEFFREY P. COLWELL
CLERK

Dear Sir,

I am asking that you make this letter a part of the record of Hale v Berkebile 14-CV-1233. Please do not dismiss this civil suit. I and my family and friends are some of many supporters of Matthew Hale in the UK and know he is an innocent man.

Thank you

Yours sincerely

S. Sidaway

(sidas@supanet.com)