It is my understanding that you are considering the dismissal of Matthew Hales case for his rightful freedom and without even reading the wonderful brief that he filed supporting his release at that. Please read his brief and give him the justice he deserves. I am one of the many supporters of Matthew Hale and know that he is an innocent man who deserves his freedom. Thank you.

Richard Neva
6/23/14

Richard Neva
Retired Corrections Officer
Michigan Dept. of Corrections

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 6 2014

JEFFREY P. COLWELL
CLERK

14-CV-1233-LTB

MR. RICHARD NEVA
33 EATON AVENUE
NORWICH, NEW YORK
13815-1725



Magistrate Judge Boyd Boland
U.S. District Court
901 19th Street Room A105
Denver, CO. 80294-3589