Bernd Langenekert
ENZ strasse 29
D-71522 Backnang
E-Mail: Bernd.Langenekert@t-online.de
GERMANY

Backnang, 30.06.2014

Magistrate Judge Boyd Boland
U.S. District Court
901 19th Street
Room A 105
Denver, Colorado 80294-3589

I am a german supporter of Matt Hale.
I am asking that you make this letter a part of the record of Hale v. Berkebile 14-cv-1233. Please do not dismiss this civil suit. I am one of many supporters of Matthew Hale and know he is an innocent man that deserves his freedom. Thank you!

B. Langenekert
Bernd Langenekert

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL - 7 2014

JEFFREY P. COLWELL
CLERK

14-CV-1233-LTB

Bernd Langenekert
Enzstr. 29
D-71522 Backnang
GERMANY


75
Deutschland


PRIORITY
PRIORITAIRE / LUFTPOST

Magistrate Judge
Boyd Boland
U.S. District Court
901 19th Street
Room A 105
Denver, Colorado 80294-3589
USA